UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
THE UNITED STATES OF AMERICA,

                Plaintiff,                              JUDGMENT
                                                                             23-CV-2454 (NRM)(PK)

                -against-

APEX CHICAGO IL., L.L.C. and INTEGRA
AFFORDABLE MANAGEMENT, L.L.C.,

                Defendants.
---------------------------------------------------------- X

       An Order of the Honorable Nina R. Morrison, United States District Judge, having been filed on January 22, 2024, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated November 29, 2023, granting Plaintiff's motion for default judgment; and directing the Clerk of Court to enter a judgment of default against Defendants in the sum of $702,266.75; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that judgment is hereby entered against Defendants in the sum of $702,266.75.

Dated: Brooklyn, NY                                                                  Brenna B. Mahoney
       January 24, 2024                                                   Clerk of Court

                                                                                        By: */s/Jalitza Poveda*
                                                                                        Deputy Clerk